IN THE UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:17CR00008 |
| Plaintiff, | ) | HON. JUDGE DONALD NUGENT |
| vs. | ) | **MOTION FOR CONTINUANCE** |
| ADAM CARSON | ) | |
| Defendants. | ) | |

Now comes the defendant by and through counsel and moves this court to continue his Trial date of April 10, 2018, for the following reasons set forth below:

Counsel for the Defendant states that this matter was set for trial on April 10, 2018, and he is unable to go forward with the trial due to the fact that his ill and currently in the hospital.

Finally, counsel for defendant moves this court to grant his request for a continuance due to the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial. Defendants through their counsel states that the government does not object to a continuance of the trial date originally set in this matter. Additionally, the defendant consent to a continuance.

Respectfully submitted,

/s/ Donald Butler

Donald Butler, 0005968
Attorney for Defendant
75 Public Square, Suite 600
Cleveland, Ohio 44113
Tel. (216) 621-7260
Fax (216) 241-1312

[Handwritten stamp on left margin: GRANTED: ___ DENIED: X  IT IS SO ORDERED. /s/ Donald C. Nugent 4/9/18  U.S. District Judge — "In the interest of justice"]